161 A.3d 764

DEBRA S. SMERLING, PLAINTIFF-PETITIONER, AND MAGDA CLAUDE AND SHEILA SMERLING, PLAINTIFFS, v. HARRAH'S ENTERTAINMENT, INC., HARRAH'S OPERATING COMPANY, INC., D/B/A HARRAH'S ATLANTIC CITY, AND HARRAH'S ATLANTIC CITY, INC., DEFENDANTS-RESPONDENTS.

March 9, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004937–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

161 A.3d 765

KATHRINE NEILSON, PLAINTIFF-PETITIONER, v. ANTOINETTE DUNN, DEFENDANT-RESPONDENT.

March 9, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005507–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.